UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIANA F. SARRAF, 1390 V Street NW, Washington, DC 20009, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC GROUP, INC.; SONY CORPORATION OF AMERICA; BERTELSMANN MUSIC GROUP; SONY BMG MUSIC ENTERTAINMENT; EMI GROUP PLC; WARNER MUSIC GROUP CORP.,<br><br>Defendants. | Case No. 06 CV 00783 RBW |

## STIPULATION TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for defendants Universal Music Group, Inc., Sony Corporation of America, Bertelsmann Music Group, Inc., Sony BMG Music Entertainment, EMI Group PLC, and Warner Music Group Corp. (collectively, "Defendants"), and plaintiff Kiana F. Sarraf ("Plaintiff"), as follows:

**WHEREAS** at least sixteen other actions asserting claims similar to the those alleged in the above-captioned matter have been filed and are currently pending in various District Courts of the United States; and

**WHEREAS** Defendants have sought transfer and consolidation of all pending actions for pre-trial proceedings pursuant to the rules of the Judicial Panel on Multidistrict Litigation and Plaintiff also desires transfer and consolidation of all pending actions; and

**WHEREAS** Plaintiff and Defendants agree that, in the interest of judicial economy, Defendants should not answer or otherwise respond to the Complaint in this matter until after a decision has been rendered by the Judicial Panel on Multidistrict Litigation regarding the suitability of this and other pending actions for transfer and consolidation;

       **WHEREAS** Plaintiff and Defendants agree that no defense is waived by entry into this stipulation and all defenses are reserved;

       **THEREFORE, IT IS STIPULATED AND AGREED THAT**, subject to the Court's approval:

(i) in the event the Judicial Panel on Multidistrict Litigation determines that this and other actions are suitable for MDL treatment, Defendants shall have until 30 days after the filing of a consolidated complaint in the MDL action to answer or otherwise respond to that complaint in the transferee District Court; and

(ii) in the event the Judicial Panel on Multidistrict Litigation determines that this and other actions are not suitable for MDL treatment, Defendants shall have until 45 days after such order to answer or otherwise respond to this Complaint.

**SO ORDERED**

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Dated: Washington, District of Columbia
_____, 2006


DATED: May 19, 2006

                                        FINKELSTEIN, THOMPSON &
                                        LOUGHRAN

                                        By: _____
                                          Hilary K. Ratway (DC Bar # 481465)
                                        1050 30th Street NW
                                        Washington, District of Columbia 20007
                                        Tel.: (202) 337-8000
                                        Fax.: (212) 337-8090
                                        *Attorneys for Plaintiff*
                                        *KIANA F. SARRAF*

DATED: May 19, 2006

GIBSON, DUNN & CRUTCHER LLP


By: ___/s/: Joseph Kattan, P.C.___
    Joseph Kattan, P.C. (DC Bar # 335422)
1050 Connecticut Avenue NW
Washington, District of Columbia 20036
Tel.: (202) 955-8500
Fax: (202) 467-0539
*Attorneys for Defendants*
*SONY BMG MUSIC ENTERTAINMENT*
*and SONY CORPORATION OF AMERICA*


DATED: May 19, 2006

MUNGER, TOLLES & OLSON LLP


By: ___/s/: Joshua Groban___
    Joshua Groban (DC Bar # 471313)
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel.: (213) 683-9100
Fax: (213) 687-3702
*Attorneys for Defendant*
*UNIVERSAL MUSIC GROUP, INC.*


DATED: May 19, 2006

MAYER, BROWN, ROWE & MAW LLP


By: ___/s/: Michael O. Ware___
    Michael O. Ware (D.D.C. Bar ID TX0006)
1675 Broadway
New York, New York 10019
Tel.: (212) 506-2500
Fax: (212) 262-1910
*Attorneys for Defendant*
*EMI GROUP PLC*

DATED: May 19, 2006

SIMPSON THACHER & BARTLETT LLP

By: _____/s/: Andrew Lacy_____
    Andrew Lacy (DC Bar # 496644)
555 11th Street NW
Washington, District of Columbia 20004
Tel.: (202) 220-7700
Fax: (202) 220-7702
*Attorneys for Defendant*
*WARNER MUSIC GROUP CORP.*

DATED: May 19, 2006

HOWREY LLP

By: _____/s/: Alan M. Wiseman_____
    Alan M. Wiseman (DC Bar # 187971)
1299 Pennsylvania Ave., N.W.
Washington, District of Columbia 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
*Attorneys for Defendant*
*BERTELSMANN MUSIC GROUP, INC.*