AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KIANA F. SARRAF
1390 V Street, N.W.
Washington, D.C. 20009

**SUMMONS IN A CIVIL CASE**

V.

Universal Music Group, Inc.; Sony Corporation of America; Bertelsmann Music Group; Sony BMG Music Entertainment; EMI Group PLC; Warner Music Group Corp.

CASE NUMBER  1:06CV00783

JUDGE: Reggie B. Walton

DECK TYPE: Antitrust

DATE STAMP: 04/27/2006

TO: (Name and address of Defendant)

EMI GROUP, PLC
c/o The Prentice Hall
80 State Street
Albany, NY 12207

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tracy D. Rezvani
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, D.C. 20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON     APR 27 2006
CLERK                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me* | DATE  5/2/06 @ 2:00 pm |
| NAME OF SERVER (PRINT)  Mary M. Bonville | TITLE  Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Nikki Chapple, Clerk/Process Unit, authorized to accept. Service was completed at 80 State Street, Albany, NY 12207.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/2/06
             Date

Signature of Server: *Mary M. Bonville*

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050
Address of Server

\* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.