AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KIANA F. SARRAF
1390 V Street, N.W.
Washington, D.C. 20009

**SUMMONS IN A CIVIL CASE**

V.

Universal Music Group, Inc.; Sony Corporation of America; Bertelsmann Music Group; Sony BMG Music Entertainment; EMI Group PLC; Warner Music Group Corp.

CASE N

CASE NUMBER  1:06CV00783

JUDGE: Reggie B. Walton

DECK TYPE: Antitrust

DATE STAMP: 04/27/2006

TO: (Name and address of Defendant)

SONY BMG Music Entertainment
550 Madison Avenue
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tracy D. Rezvani
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, D.C. 20007

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         APR 27 2006
CLERK                              DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------X
**KIANA F. SARRAF,**
        Plaintiff(s),

-against-

**Universal Music Group, Inc., Sony Corporation of America; Bertelsmann Music Group; Sony BMG Music Entertainment; EMI Group PLC; Warner Music Group Corp.,**
        Defendant(s).
-----------------------------------------------------------X

Index No. 1:06CV00783
JUDGE: Reggie B. Walton
DECK TYPE: Antitrust
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
       S.S.:
COUNTY OF NEW YORK)

    **ROBERT MILLS**, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age, and he is an agent of Capitol Process Services/Investigations Inc.

    That on the 2nd day of May 2006, at approximately 2:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND CLASS ACTION COMPLAINT JURY TRIAL DEMANDED** upon Sony BNG Music Entertainment c/o Yvonne Balistreri at 550 Madison Avenue, New York, NY 10022, by personally delivering and leaving the same with Khal Chirwa, Assistant to VP of Litigation, who informed deponent that he is an agent authorized by appointment to receive service at that address.

    Khal Chirwa is an Indian male, approximately 30 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 170 pounds with black hair and dark eyes.

_____
**ROBERT MILLS #1004298**

Sworn to before me this
4th day of May, 2006

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08