AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KIANA F. SARRAF
1390 V Street, N.W.
Washington, D.C. 20009

**SUMMONS IN A CIVIL CASE**

V.

Universal Music Group, Inc.; Sony Corporation of America;
Bertelsmann Music Group; Sony BMG Music Entertainment;
EMI Group PLC; Warner Music Group Corp.

CASE NU

CASE NUMBER   1:06CV00783

JUDGE: Reggie B. Walton

DECK TYPE: Antitrust

DATE STAMP: 04/27/2006

TO: (Name and address of Defendant)

SONY CORPORATION OF AMERICA
550 Madison Avenue, #9
New York, NY  10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tracy D. Rezvani
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, D.C.  20007

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            APR 27 2006

CLERK                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5/3/06 @ 4:45 pm |
| NAME OF SERVER *(PRINT)* Hector Figueroa | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving Stephanie Wank Kofman, Litigation Counsel, authorized to accept. Service was completed at 550 Madison Avenue, #9, New York, NY 10022.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/3/06
              Date

Signature of Server

Address of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

* Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------X
KIANA F. SARRAF,

        Plaintiff(s),

    -against-

Universal Music Group, Inc., Sony
Corporation of America; Bertelsmann Music
Group; Sony BMG Music Entertainment;
EMI Group PLC; Warner Music Group Corp.,

        Defendant(s).
------------------------------------------------------------X

Index No. 1:06CV00783
JUDGE: Reggie B. Walton
DECK TYPE: Antitrust
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
        S.S.:
COUNTY OF NEW YORK)

      **HECTOR FIGUEROA**, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age, and he is an agent of Capitol Process Services/Investigations Inc.

      That on the 3rd day of May 2006, at approximately 4:45 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND CLASS ACTION COMPLAINT JURY TRIAL DEMANDED** upon Sony Corporation of America at 550 Madison Avenue, New York, NY 10022, by personally delivering and leaving the same with Stephanie Wank Kofman, Litigation Counsel, who informed deponent that she is an agent authorized by appointment to receive service at that address.

      Stephanie Wank Kofman is a white female, approximately 35 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 160 pounds with brown hair and brown eyes wearing glasses.

_[signature]_
**HECTOR FIGUEROA #870141**

Sworn to before me this
5th day of **May**, 2006

_[signature]_
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_