AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

KIANA F. SARRAF
1390 V Street, N.W.
Washington, D.C. 20009

**SUMMONS IN A CIVIL CASE**

V.

Universal Music Group, Inc.; Sony Corporation of America;
Bertelsmann Music Group; Sony BMG Music Entertainment;
EMI Group PLC; Warner Music Group Corp.

CASE NU

CASE NUMBER  1:06CV00783

JUDGE: Reggie B. Walton

DECK TYPE: Antitrust

DATE STAMP: 04/27/2006

TO: (Name and address of Defendant)

WARNER MUSIC GROUP CORP.
75 Rockefeller Plaza
New York, NY  10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Tracy D. Rezvani
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, D.C.  20007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

[APR 2 7 2006

CLERK

(By) DEPUTY CLERK

DATE

AO 440  (Rev. DC - September 2003)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
| --- | --- |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              *Signature of Server*

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------X
**KIANA F. SARRAF,**
                    Plaintiff(s),

                    -against-

**Universal Music Group, Inc., Sony
Corporation of America; Bertelsmann Music
Group; Sony BMG Music Entertainment;
EMI Group PLC; Warner Music Group Corp.,**
                    Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK   )
                    S.S.:
COUNTY OF NEW YORK)

Index No. 1:06CV00783
JUDGE: Reggie B. Walton
DECK TYPE: Antitrust
**AFFIDAVIT OF SERVICE**

**OTIS OSBORNE**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and he is an agent of
Capitol Process Services/Investigations Inc.

That on the 2nd day of May 2006, at approximately 12:20 p.m., deponent served a
true copy of the **SUMMONS IN A CIVIL CASE AND CLASS ACTION COMPLAINT JURY
TRIAL DEMANDED** upon Warner Music Group Corp. at 75 Rockefeller Plaza, New York, NY
10019, by personally delivering and leaving the same with Laura Seath, Legal Assistant, who
informed deponent that she is an agent authorized by appointment to receive service at that
address.

Laura Seath is a white female, approximately 34 years of age, stands
approximately 5 feet 8 inches tall, and weighs approximately 179 pounds with brown hair and
blue eyes.

_____
OTIS OSBORNE #870139

Sworn to before me this
**4th** day of **May**, 2006

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public, State Of New York
NO. 31-5062405
Qualified In NY County
Certificate Filed In New York County
Commission Expires July 1, 2006