UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIANA F. SARRAF,<br>individually and on behalf of all<br>others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC GROUP, INC.;<br>SONY CORPORATION OF AMERICA;<br>BERTELSMANN MUSIC GROUP;<br>SONY BMG MUSIC ENTERTAINMENT;<br>EMI GROUP PLC; WARNER MUSIC<br>GROUP CORP.,<br><br>           Defendants. | Case No. 06 CV 00783 RBW |

**CONSENT MOTION TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION**

**IT IS HEREBY AGREED**, by and between the undersigned counsel for defendants Universal Music Group, Inc., Sony Corporation of America, Bertelsmann Music Group, Inc., Sony BMG Music Entertainment, EMI Group PLC, and Warner Music Group Corp. (collectively, "Defendants"), and plaintiff Kiana F. Sarraf ("Plaintiff"), as follows:

**WHEREAS** at least twenty-five other actions asserting claims similar to the those alleged in the above-captioned matter have been filed and are currently pending in various District Courts of the United States; and

**WHEREAS** Defendants have sought transfer and consolidation of all pending actions for pre-trial proceedings pursuant to the rules of the Judicial Panel on Multidistrict Litigation, Plaintiff also desires transfer and consolidation of all pending actions, and a hearing on the matter is set for July 27, 2006;

**WHEREAS** Defendants and Plaintiff entered into a Stipulation to Extend Time to answer or otherwise respond to the complaint following a decision regarding transfer and consolidation by the Judicial Panel on Multidistrict Litigation, and such Stipulation to Extend Time was approved by the Court on June 26, 2006;

WHEREAS Local Civil Rule 23.1 requires parties to move for certification under Rule 23(c)(1) of the Federal Rules of Civil Procedure within 90 days after the filing of a complaint in a case sought to be maintained as a class action;

WHEREAS Plaintiff and Defendants agree that, in the interest of judicial economy, Plaintiff should not file a motion for certification under Rule 23(c)(1) of the Federal Rules of Civil Procedure until after a decision has been rendered by the Judicial Panel on Multidistrict Litigation regarding the suitability of this and other pending actions for transfer and consolidation;

**THEREFORE, IT IS AGREED THAT**, subject to the Court's approval:

(i) in the event the Judicial Panel on Multidistrict Litigation determines that this and other actions are suitable for MDL treatment and transfers to this Court, Plaintiff shall move for certification under Rule 23(c) of Federal Rules of Civil Procedure 90 days after the filing of a consolidated complaint in the MDL action or pursuant to a scheduling order set by the Court subsequent to transfer;

(ii) in the event the Judicial Panel on Multidistrict Litigation determines that this and other actions are not suitable for MDL treatment, and the instant action is not transferred from this Court, Plaintiff shall move for certification under Rule 23(c) of Federal Rules of Civil Procedure 90 days after such order or pursuant to a scheduling order set by the Court subsequent to remand; and

(iii) no defense is waived by entry into this Consent Motion to Extend Time to Move for Class Certification and all defenses are reserved.

**SO ORDERED**

_____
REGGIE B. WALTON
UNITED STATES DISTRICT COURT JUDGE

Dated: Washington, District of Columbia
_____, 2006


DATED: June 29, 2006

                                       FINKELSTEIN, THOMPSON &
                                       LOUGHRAN

                                       By: _/s/ Hilary K Ratway_____
                                             Tracy D. Rezvani (DC Bar # 464293)
                                             Hilary K. Ratway (DC Bar # 481465)
                                             1050 30th Street NW
                                             Washington, District of Columbia 20007

        Tel.: (202) 337-8000
        Fax.: (212) 337-8090
        *Attorneys for Plaintiff*
        KIANA F. SARRAF

DATED: June 29, 2006

        GIBSON, DUNN & CRUTCHER LLP

        By: *Joseph Kattan / by HKR with permission*
        Joseph Kattan, P.C. (DC Bar # 335422)
        1050 Connecticut Avenue NW
        Washington, District of Columbia 20036
        Tel.: (202) 955-8500
        Fax: (202) 467-0539
        *Attorneys for Defendants*
        SONY BMG MUSIC ENTERTAINMENT
        and SONY CORPORATION OF AMERICA

DATED: June 29, 2006

        MUNGER, TOLLES & OLSON LLP

        By: *Joshua Groban / by HKR with permission*
        Joshua Groban (DC Bar # 471313)
        355 South Grand Avenue, 35th Floor
        Los Angeles, California 90071-1560
        Tel.: (213) 683-9100
        Fax: (213) 687-3702
        *Attorneys for Defendant*
        UNIVERSAL MUSIC GROUP, INC.

DATED: June 29, 2006

        MAYER, BROWN, ROWE & MAW LLP

        By: *Michael O. Ware / by HKR with permission*
        Michael O. Ware (D.D.C. Bar ID TX0006)
        1675 Broadway
        New York, New York 10019-5820
        Tel.: (212) 506-2500
        Fax: (212) 262-1910
        *Attorneys for Defendant*
        EMI GROUP PLC

DATED: June 29, 2006

SIMPSON THACHER & BARTLETT LLP

By: _Andrew Lacy / by HKR with permission_
    Andrew Lacy (DC Bar # 490644)
555 11th Street NW
Washington, District of Columbia 20004
Tel.: (202) 220-7700
Fax: (202) 220-7702
*Attorneys for Defendant*
*WARNER MUSIC GROUP CORP.*

DATED: June 29, 2006

HOWREY LLP

By: _Alan M. Wiseman / by HKR with permission_
    Alan M. Wiseman (DC Bar # 187971)
1299 Pennsylvania Ave., N.W.
Washington, District of Columbia 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
*Attorneys for Defendant*
*BERTELSMANN MUSIC GROUP, INC.*