UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIANA F. SARRAF, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSAL MUSIC GROUP, INC.;<br>SONY CORPORATION OF AMERICA;<br>BERTELSMANN MUSIC GROUP;<br>SONY BMG MUSIC ENTERTAINMENT;<br>EMI GROUP PLC; WARNER MUSIC<br>GROUP CORP.,<br><br>    Defendants. | Case No. 06-cv-0783 (RBW) |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Hilary K. Ratway as counsel for Plaintiff Kiana F. Sarraf in this matter. Her former contact information was:

    Finkelstein, Thompson & Loughran
    1050 30th Street NW
    Washington, DC 20007
    Telephone: (202) 337-8000
    Facsimile: (202) 337-8090

Dated: August 18, 2006

_/s/ Tracy Rezvani_
Douglas G. Thompson, Jr.
Tracy D. Rezvani (#464293)
**Finkelstein Thompson & Loughran**
1050 30th Street NW
Washington, DC 20007

*Counsel for Plaintiff Kiana F. Sarraf*

1

CERTIFICATE OF SERVICE

The undersigned certifies that on this __18th__ day of August, 2006 a true and correct copy of the foregoing document was served by First Class Mail, Postage Prepaid to the following counsel:

Joseph Kattan, P.C.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036

Joshua Groban, Esq.
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Fl.
Los Angeles, CA 90071-1560

Michael O. Ware, Esq.
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019-5820

Andrew Lacy, Esq.
SIMPSON THACHER & BARTLETT LLP
555 11th Street, N.W.
Washington, D.C. 20004

Alan M. Wiseman, Esq.
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004

_____
Sandra Irwin