UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

*Second 10/30/06*
*req w/of*

J. Michael McMahon
Clerk

USDC DISTRICT OF COLUMBIA

Date: 9/26/06

In Re: DIGITAL

MDL    1780

Your Docket #

1:06-0783  RBW

S.D. OF N.Y.

06-7710

Dear Sir:

　　Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge PRESKA    for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

　　Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By:
MDL Unit

A CERTIFIED TRUE COPY
SEP 15 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

#1

JUDGE PRESKA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 30 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1780    06 CV 7710

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE DIGITAL MUSIC ANTITRUST LITIGATION*

*(SEE ATTACHED SCHEDULE)*

## CONDITIONAL TRANSFER ORDER (CTO-1)

On August 16, 2006, the Panel transferred five civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Loretta A. Preska.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Preska.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable Loretta A. Preska.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY Marcos Quintero
DEPUTY CLERK

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1780
## IN RE DIGITAL MUSIC ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-2650 | Anthony Brass v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-2709 | Janine Picinich v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3070 | Richard D. Warren v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3077 | Yehuda Spector v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3118 | Cheryl Munn, et al. v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3245 | Christopher Michaud v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3284 | Richard Benham v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3333 | Susan Doolittle v. Universal Music Group, Inc. et al. |
| CAN 3 06-3348 | Matthew S. Bartel, et al. v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3358 | Patricia McAllister v. Universal Music Group, Inc., et al. |
| CAN 3 06-3491 | Tim Henkels v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-4051 | Nelly Chung v. EMI Group, PLC, et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 06-832 | Keaton Landry v. Sony BMG Music Entertainment, et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 06-783 | Kiana F. Sarraf v. Universal Music Group, Inc., et al. |

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
Clerk

USDC DISTRICT OF COLUMBIA

Date:  9/26/06

In Re: DIGITAL MUSIC

MDL   1780

Your Docket #

1:06-0783

S.D. OF N.Y.

06-7710

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge PRESKA    for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J. Michael McMahon


By: Dorothy Guranich
MDL Unit

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212) 805-0136

J. Michael McMahon
Clerk

USDC DISTRICT OF COLUMBIA                        Date:   9/26/06

                                                 In Re: DIGITAL MUSIC
                                                 MDL    1780

Your Docket #                                    S.D. OF N.Y.
1:06-0783                                        06-7710


Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge PRESKA for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and a CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J. Michael McMahon


By: Dorothy Guranich
MDL Unit

A CERTIFIED TRUE COPY
SEP 15 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 30 2006

FILED
CLERK'S OFFICE

JUDGE PRESKA

06 CV 7710

DOCKET NO. 1780

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE DIGITAL MUSIC ANTITRUST LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On August 16, 2006, the Panel transferred five civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Loretta A. Preska.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Preska.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of August 16, 2006, and, with the consent of that court, assigned to the Honorable Loretta A. Preska.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 1 5 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1780
## IN RE DIGITAL MUSIC ANTITRUST LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-2650 | Anthony Brass v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-2709 | Janine Picinich v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3070 | Richard D. Warren v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3077 | Yehuda Spector v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3118 | Cheryl Munn, et al. v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3245 | Christopher Michaud v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3284 | Richard Benham v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3333 | Susan Doolittle v. Universal Music Group, Inc. et al. |
| CAN 3 06-3348 | Matthew S. Bartel, et al. v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-3358 | Patricia McAllister v. Universal Music Group, Inc., et al. |
| CAN 3 06-3491 | Tim Henkels v. Sony BMG Music Entertainment, et al. |
| CAN 3 06-4051 | Nelly Chung v. EMI Group, PLC, et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 06-832 | Keaton Landry v. Sony BMG Music Entertainment, et al. |
| **DISTRICT OF COLUMBIA** | |
| DC 1 06-783 | Kiana F. Sarraf v. Universal Music Group, Inc., et al. |